IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

              Plaintiff,                  No. CIV S-04-1203 FCD KJM P

     vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

              Defendants.          ORDER

_____/

          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief under 42

U.S.C. § 1983 and has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915.

This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C. § 636(b)(1).

          Plaintiff has submitted a declaration that makes the showing required by 28

U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

          Plaintiff is required to pay the statutory filing fee in effect at the time of filing of

this action, $150.00.  28 U.S.C. § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six

months and is currently without funds.  Accordingly, the court will not assess an initial partial

filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty

percent of the preceding month's income credited to plaintiff's prison trust account.  These

payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court

1   each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28

2   U.S.C. § 1915(b)(2).

3        Plaintiff's January 21, 2005 amended complaint states a cognizable claim for

4   relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended

5   complaint are proven, plaintiff has a reasonable opportunity to prevail on his First Amendment,

6   Eighth Amendment, Fourteenth Amendment and RLUIPA claims against defendants Rowlett,

7   Murray and Mendoza.  The court therefore will order that those defendants be served with

8   process.  With respect to the other defendants and claims identified in plaintiff's amended

9   complaint, plaintiff's amended complaint fails to state a claim upon which relief can be granted.

10       Plaintiff also has filed a motion requesting a temporary restraining order and

11  preliminary injunctive relief.  While a temporary restraining order does not require actual notice

12  to the defendant against whom relief is sought, in this instance, plaintiff's filing does not

13  demonstrate that he will suffer "immediate and irreparable injury, loss, or damage" if a

14  restraining order is not issued at this time.  Fed. R. Civ. P. 65(b).  Because no defendant has

15  appeared in this action or otherwise received notice of and a chance to respond to plaintiff's

16  request for a preliminary injunction, such an injunction cannot issue.  Fed. R. Civ. P. 65(a)(1).

17  Plaintiff's motion will be denied without prejudice to refiling against a defendant on whom

18  service has been authorized, after that defendant has appeared.

19       Plaintiff additionally has filed a motion asking that he be placed in federal

20  custody.  Plaintiff has not provided a legal basis in support of his request.  His motion will be

21  denied.

22       Plaintiff further asks that the court appoint him a "special investigator."  There is

23  no cause for appointment of an investigator at this stage of the case.  Plaintiff's motion will be

24  denied.

25       Finally, plaintiff has requested the appointment of counsel.  The United States

26  Supreme Court has ruled that district courts lack authority to require counsel to represent

1    indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298

2    (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of

3    counsel under 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

4    Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

5    does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

6    counsel will therefore be denied.

7         Plaintiff is informed that the court views some of his motions, namely the request

8    for an investigator and the request for transfer to federal custody, as frivolous.  If plaintiff

9    continues to file frivolous motions, i.e., motions that have no legal basis, plaintiff will be

10   sanctioned, possibly with dismissal of this action.

11        In accordance with the above, IT IS HEREBY ORDERED that:

12        1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

13        2.  Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action.

14   The fee shall be collected and paid in accordance with this court's order to the Director of the

15   California Department of Corrections filed concurrently herewith.

16        3.  Service is appropriate for the following defendants:  Rowlett, Murray and

17   Mendoza .

18        4.  The Clerk of the Court shall send plaintiff three USM-285 forms, one

19   summons, an instruction sheet and a copy of the amended complaint filed January 21, 2005.

20        5.  Within thirty days from the date of this order, plaintiff shall complete the

21   attached Notice of Submission of Documents and submit the following documents to the court:

22             a.  The completed Notice of Submission of Documents;

23             b.  One completed summons;

24             c.  One completed USM-285 form for each defendant listed in number 3

25             above; and

26             d.  Four copies of the endorsed amended complaint filed January 21, 2005.

1    6.  Plaintiff need not attempt service on defendants and need not request waiver of

2 service.  Upon receipt of the above-described documents, the court will direct the United States

3 Marshal to serve the above-named defendants as provided by Federal Rule of Civil Procedure 4

4 without payment of costs.

5    7.  Plaintiff's June 14, 2005 motion for preliminary injunctive relief is denied

6 without prejudice to re-filing with respect to a particular defendant after that defendant has

7 appeared in this case.

8    8.  Plaintiff's July 19, 2005 "Motion To Review Additional Evidence . . ." is

9 denied.

10    9.  Plaintiff's September 7, 2005 "Motion For An Emergency Protective

11 Order . . ." is denied.

12    10.  Plaintiff's September 7, 2005 request for the appointment of counsel is

13 denied.

14    11.  Plaintiff's September 12, 2005 request for the appointment of a "special

15 investigator" is denied.

16 DATED:  December 5, 2005.

17

18 _____

UNITED STATES MAGISTRATE JUDGE

19

20

21

1

22 quil1203.1

23

24

25

26

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEE. V. QUILLAR,

11          Plaintiff,                        No. CIV-S-04-1203 FCD KJM P

12      vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
14                                            NOTICE OF SUBMISSION

15          Defendants.              /        OF DOCUMENTS

16                     Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____   completed summons form

19              _____   completed USM-285 forms

20              _____   copies of the _____

21                                   Amended Complaint

22   DATED:

23

24

25                                            _____

26                                            Plaintiff