IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

      Plaintiff,                                  No. CIV S-04-1203 FCD KJM P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.                    <u>ORDER</u>

         /

         On December 20, 2005, plaintiff filed a document titled "Motion To Amend Order." The court construes this as a request for reconsideration of the magistrate judge's December 6, 2005 order denying plaintiff injunctive relief. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that plaintiff's December 20, 2005
2  "Motion To Amend Order" is denied.
3  DATED: September 26, 2006

5  /s/ Frank C. Damrell Jr.
   FRANK C. DAMRELL JR.
6  United States District Judge