**FILED**

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

        Plaintiff,                No. CIV S-04-1203 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.             **ORDER**
_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a motion asking that the undersigned recuse from this action.[1] Because plaintiff has failed to identify any appropriate grounds for recusal, and

/////

/////

/////

/////

---

[1] Near the end of his "Motion For Recusal," plaintiff asks that the court "re-evaluate" plaintiff's first amended complaint and grant plaintiff's June 14, 2005 request for a preliminary injunction and temporary restraining order. In the future, requests buried in a motion which have no relation to the title of the motion will be ignored. In any case, to the extent plaintiff seeks reconsideration of this court's December 6, 2005 order, plaintiff's request is not timely. Local Rule 72-303(b).

1

1. the undersigned is not aware of any (see 28 U.S.C. § 455) plaintiff's March 1, 2006 motion is
2. denied.
3. DATED: 10/16/06

the undersigned is not aware of any (see 28 U.S.C. § 455) plaintiff's March 1, 2006 motion is denied.

DATED: 10/16/06

_____
UNITED STATES MAGISTRATE JUDGE

1
quill203.rec