BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5388
  Fax: (916) 324-5205
  Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants Mendoza and Murray

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE V. QUILLAR,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**CDCR, et al,**<br><br>                              Defendants. | 2:04-cv-1203 FCD KJM P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

  Defendants' request for an extension of time to respond to plaintiff's complaint was considered by this court, and good cause appearing,

  IT IS HEREBY ORDERED that defendants Murray and Mendoza are granted a period of thirty-one additional days, to and including January 4, 2007, to file a pleading in response to the first amended complaint.

IT IS SO ORDERED.

Dated: December 5, 2006.

_____
U.S. MAGISTRATE JUDGE

1