IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

        Plaintiff,                     No. CIV S-04-1203 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.            <u>ORDER</u>

        Defendants Mendoza and Murray have filed a second request for an extension of time to file and serve a response to plaintiff's January 21, 2005 first amended complaint pursuant to the court's order of December 6, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Defendants Mendoza and Murray's January 3, 2007 request for an extension of time is granted; and

/////

/////

/////

/////

/////

2. Defendants Mendoza and Murray shall file and serve a response to plaintiff's January 21, 2005 first amended complaint on or before February 5, 2007. No further extensions of time will be granted.

DATED: January 9, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp; quil1203.36sec