1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEE V. QUILLAR,

11          Plaintiff,                    No. CIV S-04-1203 FCD KJM P

12      vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
14
            Defendants.                   ORDER
15
                                    /
16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20          On July 13, 2007, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty days.  Plaintiff has filed

23   objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

25   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

26   entire

                                    1

1  file, the court finds the findings and recommendations to be supported by the record and by

2  proper analysis.

3  　　　　　Accordingly, IT IS HEREBY ORDERED that:

4  　　　　　1.  The findings and recommendations filed July 13, 2007, are adopted in full; and

5  　　　　　2.  The February 5, 2007 motion to dismiss filed by defendants Mendoza and

6  Murray is granted, thereby dismissing them from this action.

7

   DATED: August 16, 2007.

8

9

10  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26