IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

        Plaintiff,                  No. CIV S-04-1203 FCD KJM P

   vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.          <u>ORDER</u>

                              /

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The matter is before the court on remand from the Ninth Circuit for further proceedings as to plaintiff's claim for injunctive relief. The order of remand suggests appointment of counsel for plaintiff.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Reem Salahi is appointed counsel in the above entitled matter and should contact Sujean Park, at (916) 930-4278 or spark@caed.uscourts.gov, if she has any questions related to the appointment.

1  2. This matter is set for a status conference before the undersigned on January 5,
2  2011 at 10:00 a.m. in Courtroom # 26. At the conference, the parties should be prepared to
3  discuss how to proceed.

4  3. Ms. Salahi is permitted to appear telephonically and she shall contact Matt
5  Caspar at (916) 930-4187 to make arrangements for her appearance prior to the conference.

6  4. The Clerk of the Court is directed to serve a copy of this order upon Reem
7  Salahi, 429 Santa Monica Boulevard, Suite 550, Santa Monica, California 90401.

8  DATED: November 17, 2010.

_____
U.S. MAGISTRATE JUDGE

sp
quil1203.31