IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

    Plaintiff,                      No. CIV S-04-1203 FCD KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.                 <u>ORDER</u>

          In light of the court's recently appointing counsel for plaintiff and the setting of this matter for a status conference, all outstanding motions are denied without prejudice.

DATED: November 19, 2010.

                                                            U.S. MAGISTRATE JUDGE

1
quil1203.osm