## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

        Plaintiff,                  No. CIV S-04-1203 KJM EFB (TEMP) P

   vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

                                    ORDER & WRIT OF HABEAS CORPUS
       Defendants.             AD TESTIFICANDUM

                                  /

       Lee V. Quillar, inmate # D-22639, a necessary and material witness in proceedings in this case on February 2, 2011, is confined in Folsom State Prison, 300 Prison Road, Represa, California 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Edmund F. Brennan, at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #24, on Wednesday, February 2, 2011 at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above in the United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation; and

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Litigation Coordinator at Folsom State Prison via fax at (916) 351-3086.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Folsom State Prison, P. O. Box 910, Represa, California 95763:**

       **WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Edmund F. Brennan, at the time and place above, until completion of the proceedings, ad thereafter return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 26, 2011.

                                           EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE