1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

       Plaintiff,                    No. CIV S-04-1203 KJM EFB (TEMP) P

  vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.             <u>ORDER</u>
                                     /

      On January 31, 2011, the court recommended that defendant Murray be dismissed because his death had been suggested on the record on September 22, 2010 and plaintiff had failed to file a motion for substitution. *See* Fed. R. Civ. 25(a)(1). After reviewing the court's docket, it appears plaintiff did file a motion for substitution on October 15, 2010 pro se which was terminated on November 22, 2010, shortly after plaintiff was appointed counsel.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The court's January 31, 2011 findings and recommendations are vacated; and

////
////
////
////

1

1      2. Plaintiff is granted 90 days within which to file a motion for substitution with respect
2 to defendant Murray.
3 DATED: February 2, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2