1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LEE V. QUILLAR,

11             Plaintiff,                    No. CIV S-04-1203 KJM CKD P

12         vs.

13    CALIFORNIA DEPARTMENT OF
      CORRECTIONS, et al.,

14
               Defendants.           ORDER

15    _____/

16             Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19             On August 9, 2011, the magistrate judge filed findings and recommendations,

20    which were served on all parties and which contained notice to all parties that any objections to

21    the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed

22    objections to the findings and recommendations.

23             In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24    304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file,

25    the court finds the findings and recommendations to be supported by the record and by the

26    proper analysis.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The findings and recommendations filed August 9, 2011, are adopted in full;

3   2.  Plaintiff's "motion for expansion of preliminary injunction and protection

4   order" (Docket No. 112) is denied; and

5   3.  Plaintiff's motion for partial summary judgment (Docket No. 109) is denied.

6   DATED:  September 26, 2011.

7

8   _____

9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   3/quil1203.805

26

2